# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

157278 (100)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

ANGELA NAILS,
      Plaintiff-Appellant,

v

PROASSURANCE INDEMNITY COMPANY,
INC.,
      Defendant-Appellee,
and

JOHN W. MENARD,
      Defendant.

_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157278
COA: 339050
Ingham CC: 17-000094-NH

On order of the Court, the motion for reconsideration of this Court's September 12, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



t0128

Clerk